United States District Court
Southern District of Texas

**ENTERED**

April 01, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL NO. 7:25-cv-00237 |
| | § | |
| APPROXIMATELY 28,107 MASTER | § | |
| CASES OF CIGARETTES, | § | |
| | § | |
| APPROXIMATELY 1,600 MASTER | § | |
| CASES OF CIGARETTES, | § | |
| Defendants. | § | |

**DEFAULT JUDGMENT
AND FINAL JUDGMENT OF FORFEITURE**

The Court has considered the United States' Motion for Default Judgment and Final Judgment of Forfeiture and has decided to grant it.

Based on the record and the applicable law, the Court finds that the Verified Complaint for Civil Forfeiture in Rem sets forth sufficiently detailed facts to support a reasonable belief that the United States would be able to meet its burden of proof at trial. The Court further finds that the United States published notice of the forfeiture and sent notice by means reasonably calculated to reach the potential claimants, satisfying Rule G(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions (Dkts 7 & 8). The time for filing a claim has expired, and there are no claimants before the Court.

Accordingly, it is hereby ORDERED that:

1.  Default is entered against potential claimant Rio Grande Valley Duty Free LLC and Juan Miranda Diaz, and they can claim no right, title, or interest in or to the Defendant Property;

2.  Any other persons who could claim a right, title, or interest in the Defendant Property are held in default;

3.  A judgment by default is entered against the Defendant Property;

4.  The approximate 28,107 master cases of cigarettes are forfeited to the United States of America to be disposed of in accordance with law;

5.  The approximate 1,600 master cases of cigarettes are forfeited to the United States of America to be disposed of in accordance with law.

THIS IS A FINAL JUDGMENT.

Signed this __1st__ day of ___April_____, 2026.

_____
DREW B. TIPTON
Senior United States District Judge

2